**FILED**

MAR 18 2003

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1, JOHN DOE #2,<br>JOHN DOE #3, JOHN DOE #4,<br>JANE DOE #1, JANE DOE #2<br>c/o Mark S. Zaid, Esq.<br>1133 21st Street, N.W.<br>Suite 800<br>Washington, D.C. 20036<br><br>and<br><br>OTHER SIMILARLY SITUATED<br>INDIVIDUALS<br><br>      Plaintiffs,<br><br>vs.<br><br>DONALD H. RUMSFELD,<br>SECRETARY OF DEFENSE<br>DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301<br><br>and<br><br>TOMMY THOMPSON<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>and<br><br>MARK B. McCLELLAN,<br>COMMISSIONER<br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, Maryland 20857-0001<br><br>      Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>CASE NUMBER 1:03CV00707<br><br>JUDGE: Emmet G. Sullivan<br><br>DECK TYPE: TRO/Preliminary Injunction<br><br>DATE STAMP: 03/18/2003<br> |

\* \* \* \* \* \* \* \* \* \* \* \*

1

### EX-PARTE MOTION FOR LEAVE TO FILE COMPLAINT USING "JOHN DOES" AND "JANE DOES" AND COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1 (e) AND TO SEAL DECLARATION OF MARK S. ZAID, ESQ.

NOW COMES plaintiffs John Does#1-4 and Jane Does#1-2, by and through their undersigned counsel, to hereby respectfully seek leave of this Court to file their Complaint against defendants Donald H. Rumsfeld, Secretary of Defense, Department of Defense, Tommy Thompson, Secretary of Health & Human Services, Department of Health & Human Services and Mark B. McClellan, Commissioner, Food & Drug Administration, as a respective "John Doe" or "Jane Doe", as well as use their counsel's address, in violation of Local Rule 106 (e) in order to protect their identities. As grounds therefor, the plaintiffs rely on the contemporanously submitted declaration of Mark S. Zaid, Esq., which is requested to be sealed from the public and defendants due to fear of retaliation and harrassment.

A proposed Order also accompanies this Motion.

Dated: March 18, 2003

Respectfully submitted,

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Krieger & Zaid, PLLC
1133 21st St., N.W.
Suite 800
Washington, D.C. 20036
(202) 223-9050

Attorney For The Plaintiffs
