FILED

MAR 18 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE #1, JOHN DOE #2, <br> JOHN DOE #3, JOHN DOE #4, <br> JANE DOE #1, JANE DOE #2 <br> c/o Mark S. Zaid, Esq. <br> 1133 21st Street, N.W. <br> Suite 800 <br> Washington, D.C. 20036 <br><br> and <br><br> OTHER SIMILARLY SITUATED <br> INDIVIDUALS <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD H. RUMSFELD, <br> SECRETARY OF DEFENSE <br> DEPARTMENT OF DEFENSE <br> 1000 Defense Pentagon <br> Washington, D.C. 20301 <br><br> and <br><br> TOMMY THOMPSON <br> SECRETARY OF HEALTH AND <br> HUMAN SERVICES <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> and <br><br> MARK B. McCLELLAN, <br> COMMISSIONER <br> FOOD AND DRUG ADMINISTRATION <br> 5600 Fishers Lane <br> Rockville, Maryland 20857-0001, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 03-_____ |
| *   *   *   *   *   * | * | *   *   *   *   * |

## ORDER

Upon consideration of Plaintiffs' Ex-Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" and Counsel's Address in Violation of LCvR 5.1(e) and to Seal Declaration of Mark S. Zaid, Esq., and the entire record herein, it is this _18_ day of March 2003, hereby

ORDERED, that plaintiffs' Motion is granted; and further

ORDERED, that plaintiffs' Complaint is hereby accepted and deemed filed, and plaintiffs may proceed as "John Doe" or "Jane Doe", as well as use their counsel's address, in all proceedings connected to this action until such time as this Court Orders, or the parties stipulate otherwise.

_____
UNITED STATED DISTRICT JUDGE

cc:  John J. Michels, Jr., Esq.
McGUIREWOODS LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1133 21st St., N.W.
Suite 800
Washington, D.C. 20036

Donald H. Rumsfeld
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301

Tommy Thompson
Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Mark B. McClellan
Food & Drug Administration
5600 Fishers Lane
Rockville, Maryland   20857-0001

Madelyn Johnson
Deputy Chief
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001