**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                              )
JOHN DOE #1, *et al*,         )
                              )
                Plaintiffs,  )
                              )
          v.                  ) Civil Action No. 03-707 (EGS)
                              )
DONALD H. RUMSFELD, *et al*   )
                              )
                Defendants.  )
_____)

**ORDER**

    Pursuant to the proceedings held in open court on February 14, 2005, it is hereby

    **ORDERED** that Defendant Donald H. Rumsfeld respond by no later than February 28, 2005 to the Court's Order to Show Cause why he and/or the government should not be held in contempt for failure to comply with this Court's injunction and order issued October 27, 2004; and it is further

    **ORDERED** that the Plaintiffs shall file a response to Defendants' Emergency Motion to Modify the Injunction by no later than February 28, 2005; and it is further

    **ORDERED** that the Plaintiffs shall file a reply to the Defendant's response to the Court's Order to Show Cause by no later than March 10, 2005; and it is further

    **ORDERED** that the Defendants' reply to Plaintiffs' opposition to Defendants' Motion to Modify the Injunction shall be filed by

no later than March 10, 2005; and it is further

**ORDERED** that a hearing shall be held on the Court's Order to Show Cause and the Defendants' Motion to Modify the Injunction on March 21, 2005 at 10:00 AM.

**Signed:**     **Emmet G. Sullivan**
        **United States District Judge**
        **February 14, 2005**